IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATURE'S WAY NURSERY OF
MIAMI, INC.,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
HEALTH, OFFICE OF MEDICAL
MARIJUANA USE,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-4770

Opinion filed December 7, 2017.

Emergency Petition for Writ of Mandamus -- Original Jurisdiction.

Angela D. Miles and Donna Blanton of the Radey Law Firm, Tallahassee, for Petitioner.

Eduardo S. Lombard, W. Robert Vezina, III, and Megan S. Reynolds of Vezina, Lawrence & Piscitelli, P.A., Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied on the merits.

LEWIS and M.K. THOMAS, JJ., CONCUR. WOLF, J., DISSENTS WITHOUT OPINION.